# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

ADAN MARTINEZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

Plaintiff,

v.

SIEMBRA L.L.C. d/b/a ENZO'S PIZZERIA
and ROBERTO COLLADO,

Defendants.

Case No: 1:22-cv-03557

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Adan Martinez hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated July 25, 2022 and annexed hereto as **Exhibit A**.

Dated: July 29, 2022

Respectfully submitted,

By:

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on July _29_, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Jesse Rose, Esq.
The Rose Law Group, PLLC
3272 Steinway Street; Suite 503
Astoria, New York 11103
Telephone: (718) 989-1864
Facsimile: (718) 837-4595
Email: jrose@theroselawgroup.com

By: _____
      C.K. Lee, Esq.