UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAN MARTINEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*, <br>   Plaintiff, <br>   v. <br> SIEMBRA L.L.C. d/b/a ENZO'S PIZZERIA and ROBERTO COLLADO, <br>   Defendants. | Case No: 1:22-cv-03357(PKC)(MMH) <br><br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Siembra L.L.C. d/b/a Enzo's Pizzeria and Roberto Collado (collectively, "Defendants"), having offered to allow Adan Martinez ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), with respect to Plaintiff's claims for relief, damages, fees and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 25, 2022 and filed as Exhibit A to Docket Number 10;

**WHEREAS**, on July 29, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 10);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Adan Martinez, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 25, 2022 and filed as Exhibit A to Docket Number 10.

Brenna B. Mahoney, Clerk of Court

Dated: August 2, 2022
Brooklyn, New York

by: *Jalitza Poveda*
Deputy Clerk