UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAN MARTINEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*, <br><br> Plaintiff, <br><br> v. <br><br> SIEMBRA L.L.C. d/b/a ENZO'S PIZZERIA and ROBERTO COLLADO, <br><br> Defendants. | No. 1:22-cv-03557 <br><br> **SATISFACTION OF JUDGEMENT** |

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 2nd day of August, 2022 in favor of Adan Martinez and against Siembra L.L.C. d/b/a Enzo's Pizzeria and Roberto Collado in the amount of $15,000.00, inclusive of all costs and attorneys' fees, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: February 1, 2023

Respectfully submitted,

_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street 8th Floor
New York, NY 10011